UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**Rena Jean Peak,**

      **Plaintiff,**          **CASE NUMBER: 13-14543**
                                          **HONORABLE VICTORIA A. ROBERTS**

v.

**Commissioner of Social Security,**

      **Defendant.**
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On September 9, 2014, Magistrate Judge Morris issued a Report and Recommendation (Doc. #11), recommending that Defendant's Motion for Summary Judgment be **GRANTED** and Plaintiff's Motion for Summary Judgement be **DENIED**. Neither party filed objections within the fourteen day period pursuant to Fed.R.Civ.P 72(b) and 28 U.S.C. § 636(b)(1).

Accordingly, the Court **ADOPTS** the Report and Recommendation, **GRANTS** Defendant's Motion for Summary Judgment (Doc. #10) and **DENIES** Plaintiff's Motion for Summary Judgement (Doc. #9).

**IT IS ORDERED**.

                                                 /s/ Victoria A. Roberts
                                                 Victoria A. Roberts
                                                 United States District Judge

Dated:  October 6, 2014

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on October 6, 2014.

S/Linda Vertriest
Deputy Clerk